OSCN Found Document:PAUL v. HUNTER

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 PAUL v. HUNTER
2017 OK 25
Case Number: 115322
Decided: 03/27/2017
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2017 OK 25, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

CHIP PAUL and PHILIP WINTERS, OKLAHOMANS FOR HEALTH, Petitioners,
v.
THE HONORABLE MIKE HUNTER, ATTORNEY GENERAL OF OKLAHOMA, Respondent.

¶0 ORDER

¶1 Petitioners filed a ballot title appeal pursuant to 34 O.S.Supp. 2015 §§ 9, 10, and requested the Court to assume original jurisdiction, review the ballot title substituted by the Attorney General, strike that title, and replace it with the original proposed ballot title for State Question No. 788, Initiative Petition No. 412.

¶2 Original jurisdiction is assumed. Okla. Const. Art. 7 § 4. The ballot title substituted by the Attorney General is hereby stricken. The original proposed ballot title is approved by the Court and shall be the ballot title for State Question No. 788, Initiative Petition No. 412. 34 O.S.Supp. 2015 §§ 9, 10.

¶3 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 27th DAY OF MARCH, 2017.

/S/CHIEF JUSTICE

¶4 CONCUR: COMBS, C.J.; GURICH, V.C.J.; and KAUGER, WATT, EDMONDSON, COLBERT, and REIF, JJ.

¶5 DISSENT: WINCHESTER, J.

¶6 RECUSED: WYRICK, J.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 Title 34. Initiative and Referendum
 Cite
Name
Level

 34 O.S. 9, Ballot Title - Filing - Review - Appeal
Discussed